**Order entered June 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00138-CV

**PATSY B. ANDERTON AND DOYLE ANDERTON, INDIVIDUALLY AND D/B/A A-1 GRASS, SAND AND STONE, Appellants**

**V.**

**CITY OF CEDAR HILL, TEXAS, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-12187**

## ORDER

We **GRANT** Appellee's June 5, 2018 Unopposed First Motion for Extension of Time to File Motion for Rehearing Rehearing and **ORDER** Appellee to file its motion for rehearing by **JUNE 26, 2018**.

/s/     DAVID J. SCHENCK
        JUSTICE